CORNATZER v. NICKS

No. 64 PC.

Case below: 14 N.C. App. 152.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 May 1972.


GARDNER v. BRADY

No. 52 PC.

Case below: 13 N.C. App. 647.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 April 1972.


LOFLIN v. LOFLIN

No. 44 PC.

Case below: 13 N.C. App. 574.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 April 1972.


REGAN v. PLAYER

No. 37 PC.

Case below: 13 N.C. App. 593.

Petition for writ of certiorari to North Carolina Court of Appeals denied 13 April 1972.


RIDDICK v. WHITAKER

No. 14 PC.

Case below: 13 N.C. App. 416.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 April 1972.